UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA OLSON,<br><br>             Plaintiff,<br><br>     v.<br><br>MONO COUNTY SUPERIOR COURT, a Public Entity; HECTOR GONZALEZ, in his Official and Personal Capacities; and DOES 1 through 100, inclusive,<br><br>             Defendants. | No.  CIV 13-2445 LKK/CKD<br><br><br><br>**ORDER** |

   Defendants' motion to dismiss is currently set for hearing on April 7, 2014.  (ECF No. 10.)

   The court does not find oral argument to be necessary and will decide the motion on the papers.  Accordingly, the hearing on the motion is VACATED.

   IT IS SO ORDERED.

   DATED:  April 1, 2014.

                                    /s/ Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

1