Leo F. Donahue, Esq. – SB#114484
LEO F. DONAHUE, INC.
11344 Coloma Road, Suite 160
Gold River, California 95670
Tel: (916) 859-5999
Fax: (916) 859-5984
donahue@lfdlaw.net

Attorney for Plaintiff
ANGELA OLSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA OLSON,<br><br>    Plaintiff,<br><br>v.<br><br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF MONO, a Public Entity; HECTOR GONZALEZ, in his Official and Personal Capacities; and DOES 1 through 100, inclusive,<br><br>    Defendants. | **Case No.: 2:13-cv-02445-LKK-CKD**<br><br>**STIPULATION FOR DISMISSAL** |

STIPULATION FOR DISMISSAL
CASE NO. 2:13-CV-02445-LKK-CKD

IT IS STIPULATED betwen the parties and the Court may order that:

The parties, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), hereby stipulate that the instant matter be dismissed without prejudice, the parties to bear their respective costs to include any possible attorney fees and/or other expenses of litigation.

Dated: July 31, 2014                       RENNE SLOAN HOLTZMAN SAKAI LLP

By: /s/ Timothy G. Yeung
Timothy G. Yeung
Steve Cikes
Attorneys for Defendants Administrative Office of the Courts and Hector Gonzalez

Dated: July 31, 2014                       LEO F. DONAHUE, INC.

By: /s/ Leo F. Donahue
Leo F. Donahue
Attorney for Plaintiff Angela Olson

IT IS SO ORDERED.

Dated: August 20, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2